| | | |
|---|---|---|
| **ELLIS RAY HICKS** | : | **CIVIL ACTION** |
| | : | **NO. 19-108** |
| **VERSUS** | : | **JUDGE**_____ |
| | : | |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES LEBLANC, AND TERRY LAWSON.** | : | **MAGISTRATE JUDGE** _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come the appearing defendants, the Louisiana Department of Public Safety and Corrections ("DPSC"), Secretary of DPSC James Leblanc, and Terry Lawson, who respectfully file this *Notice of Removal* on the following grounds, to wit:

## THE REMOVED CASE

1.

On or around December 10, 2018, Ellis Hicks ("Plaintiff") initiated this action in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, under the caption *Ellis Ray Hicks vs. The Louisiana Department of Public Safety & Corrections, et al,* docket number 677119, Division "21."[1]

2.

Plaintiff brings claims under 42 U.S.C. § 1983 asserting entitlement to damages from the appearing defendants as a result of alleged violations of the United States Constitution.[2] Plaintiff also brings claims arising under Louisiana state law.

3.

---

[1] Exhibit 2, *Petition.*
[2] *Id.* p. 8, ¶63 ("As Defendants were acting under color of law, Petitioner's claims are actionable under 42 U.S.C. §1983.").

Because Plaintiff asserts claims arising under federal law, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and, under 28 U.S.C. § 1441(a), removal is proper.

4.

Defendants further state that this Court currently has supplemental jurisdiction over all state law claims asserted by Plaintiff pursuant to the provisions of 28 U.S.C. §1367(a) because those claims are so related to Plaintiff's claims asserted under 42 U.S.C. §1983 that they form part of the same case or controversy under Article III of the United States Constitution.

**PARTIES**

5.

On January 22, 2019, and January 29, 2019, Defendant DPS&C and James LeBlanc, and Terry Lawson were served with Plaintiff's *Petition*.[3]

**REMOVAL IS TIMELY**

6.

The appearing defendants show that this notice of removal was timely filed with this Court pursuant to the provisions of 28 U.S.C. §1446(b)(2)(B)-(C) because it was removed within thirty (30) days after the service of Plaintiff's *Petition* upon defendants DPS&C, LeBlanc, and Lawson.

**VENUE**

7.

The venue of this removal action is proper pursuant to the provisions of 28 U.S.C. §1441(a), insofar as the United State District Court for the Middle District of Louisiana includes East Baton Rouge Parish and the 19th Judicial District Court, the Court where the instant action is currently pending.

---

[3] Exhibits 3, p. 1.

## NOTICE OF REMOVAL

8.

Notice of the filing of this *Notice of Removal* is being given to the adverse parties, as required by law.

9.

A true copy of this *Notice of Removal* is being filed with the Clerk of Court for the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, as required by law.

10.

All defendants who have been properly joined and served hereby join in the removal of the action, and consent to the removal of this action.

**WHEREFORE,** appearing Defendants, the Louisiana Department of Public Safety and Corrections ("DPSC"), Secretary of DPSC James Leblanc, and Terry Lawson, hereby remove this case from 19th Judicial District Court, Parish of East Baton Rouge, to the United States District Court for the Middle District of Louisiana, for further disposition.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ Jeffery A. "Beau" Wheeler, II*
Jeffery A. "Beau" Wheeler, II (#37546)
Assistant Attorney General
Louisiana Department of Justice
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone:   225-326-6300
Facsimile:   225-326-6495
E-mail:      WheelerJ@ag.louisiana.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this, the 27th day of February, 2019, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on this, the 27th day of February, 2019 a copy of the foregoing was provided to plaintiff via U.S. First Class Mail and/or electronic mail, to the below name and address:

Ellis Hicks, through his attorney of record:
William Most (Bar#36914)
201 St. Charles Ave. Suite 114 #101
New Orleans, Louisiana 70170
PHONE (504) 509-5023
williammost@gmail.com

/s/*Jeffery A. "Beau" Wheeler, II*
Jeffery A. "Beau" Wheeler II, #37546
Assistant Attorney General