# SERVICE COPY

206



**D1247642**

# CITATION

**ELLIS RAY HICKS**
(Plaintiff)

**VS**

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL**
(Defendant)

**NUMBER C-677119   SEC. 21/D**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   JAMES LEBLANC, SECRETARY
504 MAYFLOWER STREET
BATON ROUGE, LA 70802**

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS

Headquarters - Legal

DATE SERVICE ACCEPTED: 1/22/19

BY _____

**GREETINGS:**

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JANUARY 16, 2019.**



Rosie Shepherd

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MOST, WILLIAM B
504 5095023**

*The following documents are attached:
**PETITION FOR NEGLIGENCE, FALSE IMPRISONMENT, AND VIOLATION OF CONSTITUTIONAL RIGHTS**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED

JAN 18 2019

EBR SHERIFF'S OFFICE