| | | |
|---|---|---|
| **ELLIS RAY HICKS** | : | **CIVIL ACTION** |
| | : | **NO. 19-108** |
| **VERSUS** | | |
| | : | **JUDGE SHELLY D. DICK** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES LEBLANC, AND TERRY LAWSON.** | : | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' MOTION FOR LEAVE TO SUBSTITUTE DOCUMENT

**NOW INTO COURT**, through undersigned Assistant Attorney General, appearing herein for the purpose of the present Motion, come the defendants, the Louisiana Department of Public Safety and Corrections ("DPSC"), Secretary of DPSC James Leblanc, and Terry Lawson, who respectfully move this Honorable Court for Leave to Substitute Record Document 1 in the above-captioned matter with the *Notice of Removal* attached to this motion. Undersigned Counsel submitted the *Notice of Removal* with an incorrect heading, and the Clerk contacted undersigned counsel advising of the error.

**WHEREFORE,** defendants, the Louisiana Department of Public Safety and Corrections ("DPSC"), Secretary of DPSC James Leblanc, and Terry Lawson, respectfully request for leave to substitute Document 1 in the above-captioned matter with the attached *Notice of Removal*.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ Jeffery A. "Beau" Wheeler, II*
      Jeffery A. "Beau" Wheeler (Bar Roll #37546)
      Assistant Attorney General
      Louisiana Department of Justice
      Litigation Division, Civil Rights Section
      1885 North Third Street, 4th Floor
      Post Office Box 94005
      Baton Rouge, Louisiana (70804-9005)
      Telephone:   225-326-6300

        Facsimile: 225-326-6495
        E-mail: WheelerJ@ag.louisiana.gov
        *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 20th day of February, 2019, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

      ____*/s/ Jeffery A. "Beau" Wheeler, II*_____
      Jeffery A. "Beau" Wheeler, II (Bar Roll #34820)
        Assistant Attorney General