| | | |
|---|---|---|
| **ELLIS RAY HICKS** | : | **CIVIL ACTION** |
| | : | **NO. 19-108** |
| **VERSUS** | | |
| | : | **JUDGE SHELLY D. DICK** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES LEBLANC, AND TERRY LAWSON.** | : | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing *Motion for Leave to Substitute* Document:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Leave to Substitute Document is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUGED AND DECREED** that the original *Notice of Removal* (Rec. Doc. 1), be substituted with the proposed attached *Notice of Removal*.

Baton Rouge, Louisiana this _____ day of _____, 2019.


_____
**HONORABLE RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**