UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELLIS RAY HICKS** | : | **CIVIL ACTION** |
| | : | **NO. 19-108-SDD-RLB** |
| **VERSUS** | | |
| | : | **JUDGE SHELLY D. DICK** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMES LEBLANC, AND TERRY LAWSON** | : | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR** |

**************************************************************************

### ANSWER AND AFFIRMATIVE DEFENSES WITH JURY DEMAND

**NOW INTO COURT,** through undersigned counsel, come defendants, the State of Louisiana through the Department of Public Safety & Corrections, Secretary James M. Leblanc, and Terry Lawson, who, in answering Plaintiff's *Complaint*,[1] deny each and every allegation asserted against them therein, except those that may be hereinafter admitted, and further respectfully respond as follows:

### AFFIRMATIVE DEFENSES

#### FIRST DEFENSE - FAILURE TO STATE A CLAIM

Plaintiff has failed to state a claim upon which relief can be granted because there are insufficient factual allegations indicating that defendants violated any of Plaintiff's rights under applicable federal and state laws.

#### SECOND DEFENSE – QUALIFIED IMMUNITY

Defendants LeBlanc, Hooper, and Milligan are entitled to qualified immunity, as they acted objectively reasonable under the law at all times.

---

[1] R. Doc. 1-2.

1

**THIRD DEFENSE – DISCRETIONARY IMMUNITY**

Defendants LeBlanc and Griffin are entitled to immunity pursuant to Louisiana Revised Statute §9:1278.1.

**FOURTH DEFENSE - VICARIOUS LIABILITY (STATE LAW)**

Defendants LeBlanc and Hooper are not liable for the actions of other DPS&C employees, as they are not the "employer" of DPS&C employees under the meaning of Louisiana law.

**FIFTH DEFENSE – DENIAL OF OTHER RELIEF**

Plaintiff is not entitled to any of the relief that he seeks in his *Petition.*

**SIXTH DEFENSE- ATTORNEYS' FEES**

Plaintiff is not entitled to recover for attorneys' fees or costs associated with this litigation.

**SEVENTH DEFENSE- MITIGATION OF DAMAGES**

Plaintiff has failed to use reasonable care and diligence in an effort to minimize or avoid the damages allegedly incurred.

**EIGHTH DEFENSE - COMPARATIVE FAULT**

If defendant is found to have violated the plaintiff's rights and is not entitled to the defense of qualified or discretionary immunity, then the plaintiff, through intentional and negligent acts and failure to act as a reasonable person, contributed to his own injuries or damages.

**NINTH DEFENSE – PRESCRIPTION**

Plaintiff is not entitled to relief for any claims occurring over than one year prior to the filing of the *Complaint.*

**TENTH DEFENSE - STANDING (OTHER PRISONERS)**

Plaintiff lacks standing to seek relief insofar as he asserts claims for other individuals incarcerated by DPS&C.

**ELEVENTH DEFENSE – STANDING (INJUNCTIVE RELIEF)**

Plaintiff lacks standing to recover any injunctive relief, as he has not suffered or will not suffer an "injury in fact."

**TWELFTH DEFENSE - FAILURE TO EXHAUST**

Plaintiff has failed to exhaust administrative remedies as to some or all of the claims asserted in his complaint, as required by state and federal law.

**THIRTEENTH DEFENSE - STATUTORY LIMITATIONS OF LIABILITY**

Defendants specifically plead the statutory limitations of liability contained in Louisiana Revised Statute §13:5106, and §13:5112, as well as any other statutory or jurisprudential limitation of liability, cost and/or interest available to them under law.

**FOURTEENTH DEFENSE – LEGAL CAPACITY OF DP&C**

Plaintiff has failed to state claim against DPS&C under 42 U.S.C. §1983 because a state or state agency is not a "person" under the meaning of §1983.

## ANSWER

**AND NOW**, in answer to the *Complaint* of Ellis Ray Hicks, the appearing defendants deny each and every allegation therein except as hereafter expressly admitted and further respectfully respond as follows:

1.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

2.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

3.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

4.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

5.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

6.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

7.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

8.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

9.

The allegation contained in this paragraph are denied as written.

10.

This paragraph merely states plaintiff intention to bring a lawsuit against the defendants, and thus requires no answer. If such an answer is required, however, defendants deny any liability.

11.

The paragraph requires no answer, as it merely states the name of a party to this suit. If such an answer is required, however, defendants deny any liability.

12.

The paragraph requires no answer, as it merely states the name of a party to this suit. If such an answer is required, however, defendants deny any liability.

13.

The paragraph requires no answer, as it merely states the name of a party to this suit. If such an answer is required, however, defendants deny any liability.

14.

The paragraph requires no answer, as it merely states the name of a party to this suit. If such an answer is required, however, defendants deny any liability.

15.

The paragraph requires no answer, as it merely states the name of a party to this suit. If such an answer is required, however, defendants deny any liability.

16.

This paragraph merely contains a statement of jurisdiction, and thus requires no answer.

17.

This paragraph merely states that venue is proper in this Court, and thus requires no answer.

18.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

19.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

20.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

21.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

22.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

23.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

24.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

25.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

26.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

27.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

28.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

29.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

30.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

31.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

32.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

33.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

34.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

35.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

36.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

37.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

38.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

39.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

40.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

41.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

42.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

43.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

44.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

45.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

46.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

47.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

48.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied as written.

49.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied as written.

50.

This paragraph is a mere statement of plaintiff's intent to file suit, and thus requires no answer.

51.

This paragraph merely asserts that the plaintiff shall list various causes of action, and thus requires no answer. To the extent that an answer is required, defendants assert that the plaintiff has failed to articulate a viable cause of action against the defendants.

52.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

53.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

54.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

55.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

56.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

57.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

58.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

59.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

60.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

61.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

62.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

63.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

64.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

65.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

66.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

67.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied for lack of sufficient information on the part of defendants to assert otherwise at this time.

68.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

69.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

70.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

71.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

72.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

73.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

74.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

75.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

76.

The allegations contained in this paragraph of Plaintiff's *Complaint* are denied.

77.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

78.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

79.

The allegations contained in this paragraph of Plaintiff's *Complaint* state a legal conclusion and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

80.

The paragraph merely states that the plaintiff requests a trial by jury, and therefor requires no response.

81.

This paragraph merely lists a variety of damages against the defendants, and therefor requires no response.  If such an answer is required, however, defendants deny any liability.

82.

This paragraph merely contains a request for relief, and therefor requires no response.

83.

The allegations contained in this paragraph of Plaintiff's *Complaint* are a mere statement of law, and thus require no answer at this time. If such an answer is required, however, defendants deny any liability.

84.

This paragraph merely states that a demand has been made on the defendants, and thus requires no answer.

85.

The last paragraph contains a prayer for relief and does not require an answer. To the extent an answer is required, the Prayer for Relief is denied.

## IN FURTHER ANSWERING:

86.

Defendants specifically deny any and all relief prayed for by the plaintiff.

87.

Defendants are entitled to and request a trial by jury on all triable issues.

**WHEREFORE,** defendants the State of Louisiana through the Department of Public Safety & Corrections, Secretary James M. Leblanc, and Terry Lawson, respectfully request that, after due proceedings are had, including trial by jury, that judgment be rendered in their favor, dismissing Plaintiff's *Complaint* with prejudice, at his sole cost.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ Jeffery A. "Beau" Wheeler, II*
Jeffery A. "Beau" Wheeler, II (#37546)
Assistant Attorney General
Louisiana Department of Justice
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone:   225-326-6300
Facsimile:   225-326-6495
E-mail:   WheelerJ@ag.louisiana.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this, the 4th day of March, 2019, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

    Ellis Hicks, through his attorney of record:
    William Most (Bar#36914)
    201 St. Charles Ave. Suite 114 #101
    New Orleans, Louisiana 70170
    PHONE (504) 509-5023
    williammost@gmail.com


                         /s/*Jeffery A. "Beau" Wheeler, II*
                         Jeffery A. "Beau" Wheeler II, #37546
                         Assistant Attorney General