UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| ELLIS RAY HICKS | CIVIL ACTION |
| VERSUS | 19-108-SDD-RLB |
| DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, *ET AL.* | |

**Plaintiff's Statement of Material Facts in Support of Motion for Summary Judgment**

| Fact # | Plaintiff's Material Facts | Defendant's Response |
|---|---|---|
| 1 | On January 3, 2017, Judge Clason of the Second Judicial District sentenced Ellis Ray Hicks to four years with credit for time served in Arkansas.[1] | |
| 2 | Ellis Ray Hicks was legally required to be released on February 24, 2018.[2] | |
| 3 | Mr. Hicks was not released until April 25, 2018.[3] | |
| 4 | Mr. Hicks was held for 60 days past his legal release date.[4] | |
| 5 | Mr. Hicks remained incarcerated with the DOC at Claiborne Detention Center from January 3, 2017 until April 25, 2018.[5] | |
| 6 | Mr. Hicks expressed in motions and grievances that he did not wish to be incarcerated passed his release date.[6] | |

---

[1] Exhibit 1, DOC Responses to Plaintiff's First Request for Admissions, RFA 2; Exhibit 2, Sentencing Minutes; Exhibit 3, Sentencing Hearing Transcript.
[2] Ex. 1, at RFA No 7.
[3] Ex. 1 at RFA Nos. 1, 9.
[4] Ex. 1 at RFA Nos. 1, 7 and 9.
[5] Ex. 1, at RFA Nos. 1 and 3.
[6] Exhibit 7, January 5, 2018, ARP Step Two; Exhibit 8, Motion to Enforce Order; Exhibit 9, Supervisory Writ of Review; Exhibit 10, Emergency Application for a Writ of Habeas Corpus; Exhibit 11, Request for Expedited Consideration; Exhibit 12, Motion for Injunctive Relief.

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2019, a copy of *Statement of Material Facts* was filed electronically with the Clerk of Court via the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                               */s/  Casey Denson*
                                                  Casey Denson