# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS RAY HICKS | CIVIL ACTION NO. |
| VERSUS | 19-108-SDD-RLB |
| DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL. | |

## ORDER OF STAY AND ADMINISTRATIVE CLOSURE

Considering the *Notice of Appeal*[1] filed by Defendants in this matter, **IT IS ORDERED** that these proceedings are hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending resolution by the United States Fifth Circuit Court of Appeals. The Parties shall move to re-open this matter within 30 days of a decision by the Fifth Circuit. The Clerk of Court is ordered to terminate any pending motions during the pendency of this stay. All motions shall be returned to pending status once the stay is lifted and the closure has ended.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana this 21st day of May, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 50.

Document Number: 60411