UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS RAY HICKS | CIVIL ACTION NO. |
| VERSUS | 19-108-SDD-RLB |
| DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL. | |

**ORDER**

Considering the *Mandate*[1] of the United States Fifth Circuit Court of Appeals, and the undisturbed substance of this Court's *Ruling*[2] on January 27, 2020; the pending *Motion for Partial Summary Judgment*,[3] to which Defendants filed an *Opposition*[4] prior to the *Ruling* and *Mandate*, shall be denied without prejudice subject to re-filing in light of the subsequent decisions by this Court and the Fifth Circuit. Plaintiff is granted leave to file an updated motion on or before January 25, 2021. Defendants shall respond on or before February 15, 2021.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana this 4th day of January, 2021.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 56.
[2] Rec. Doc. No. 47.
[3] Rec. Doc. No. 28.
[4] Rec. Doc. No. 29.

Document Number: 64655