UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ELLIS RAY HICKS**                                          **CIVIL ACTION**

**VERSUS**

**NO. 19-108-SDD-RLB**

**LOUISIANA DEPARTMENT OF**
**PUBLIC SAFETY AND CORRECTIONS, ET AL.**

### STATUS REPORT AND PROPOSED SCHEDULING ORDER

As requested by this Court, the Parties have conferred and propose the dates listed below as amended dates to the Parties' previous scheduling order:

**H.   PROPOSED SCHEDULING ORDER**

1. If the parties propose an alternative timeframe for exchanging initial disclosures, please provide that proposed deadline: _____N/A_____.

2. Recommended deadlines to join other parties or to amend the pleadings: _____March 29, 2021_____.

3. Filing all discovery motions and completing all discovery except experts: _____October 1, 2021_____.

4. Disclosure of identities and resumés of expert witnesses (if appropriate, you may suggest different dates for disclosure of experts in different subject matters):

   Plaintiff(s): October 15, 2021.

   Defendant(s): November 15, 2021.

5. Exchange of expert reports:

   Plaintiff(s): November 15, 2021.

   Defendant(s): December 15, 2021.

6. Completion of discovery from experts:  January 17, 2022 .

7. Filing dispositive motions and Daubert motions: February 14, 2022 .

8. All remaining deadlines and the pre-trial conference and trial date will be included in the initial scheduling order. The deadlines will be determined based on the presiding judge's schedule, within the following general parameters.[1] The parties should not provide any proposed dates for these remaining deadlines.

   a. Deadline to file pre-trial order[2] (approximately 16 weeks after dispositive motion deadline).

   b. Deadline to file motions in limine (approximately 20-22 weeks after dispositive motion deadline).

   c. Deadline to file an affidavit of settlement efforts (approximately 22-24 weeks after dispositive motion deadline).

   d. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge (approximately 25-27 weeks after dispositive motion deadline).

   e. Pre-trial conference date (approximately 18-20 weeks after dispositive motion deadline).

   f. Trial date (approximately 27-29 weeks after dispositive motion deadline).

---

[1] The date ranges provided for the new deadlines, pre-trial conference, and trial date are a general guideline only. The actual dates may vary depending on the complexity of a particular case. All requests for subsequent changes to the deadlines set in the scheduling order under number 7 must be by motion directed to the presiding judge.

[2] In cases assigned to United States District Judge John W. deGravelles, prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.

9. If the general outline of proposed deadlines does not fit the circumstances of your particular case, please provide a proposed joint schedule of deadlines which is more appropriate for your case.

Report dated:  January 26, 2021                         Respectfully submitted,

/s/  Casey Denson
Casey Rose Denson (La. Bar No. 33363)
3436 Magazine Street, Unit #7005
New Orleans, LA 70115
Telephone: (504) 224-0110
cdenson@caseydensonlaw.com

/s/ William Most
William Most (La. Bar No. 36914)
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
williammost@gmail.com

*Attorneys for Plaintiff*

/s/  Phyllis E. Glazer
**PHYLLIS E. GLAZER (#29878)**
**ASSISTANT ATTORNEY GENERAL**
Louisiana Department of Justice
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005
Baton Rouge, Louisiana (70804-9005)
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: GlazerP@ag.louisiana.gov
*Attorney for Defendants*