| | |
|---|---|
| **From:** | William Most |
| **To:** | Glazer, Phyllis |
| **Cc:** | Casey Denson |
| **Subject:** | Re: Hicks Meet and Confer re Discovery |
| **Date:** | Thursday, January 28, 2021 9:37:32 AM |

**CAUTION:** *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Hi Phyllis:

Our Monell and failure to train/supervise claim has not been dismissed. We pled that claim against both DSPC and LeBlanc in his official capacity as Secretary of DSPC. Neither the trial nor appellate court dismissed our claims for injunctive or declaratory relief against DSPC or LeBlanc in his official capacity.

We do agree that the Courts have denied us the possibility of monetary relief against Secretary LeBlanc, but all the claims against Secretary LeBlanc also requested injunctive relief. Therefore, despite the Courts' rulings on monetary relief, we are still entitled to the same discovery on the same claims to build our case for injunctive relief.

And finally, with regard to RFPs 4 and 5, will you help us understand the criteria by which you determined what you think is "relevant" and "at issue." As is, we have no way of knowing what responsive documents you are withholding, even in broad terms.

Thanks so much,

William

On Tue, Jan 19, 2021 at 4:59 PM Glazer, Phyllis <GlazerP@ag.louisiana.gov> wrote:

> William,
>
> 1. There is no "live claim" for non-monetary relief regarding policies or training/supervision.
>
> 2. There is no claim against DPSC regarding policies or training/supervision; that claim was brought exclusively against the Secretary.
>
> 3. If you do not agree that the s.1983 claims for monetary relief against LeBlanc have been dismissed, please state the basis for that conclusion.
>
> 4. RFPs 4 and 5 are overbroad and not calculated to lead to the discovery of admissible evidence. In a good faith effort to exchange information, the Defendants produced responsive documents as explained in their responses. We do not have to produce a "privilege log" of documents that were not produced in response to the overbroad requests.

> Sincerely,
>
> Phyllis
>
> ---
>
> **From:** William Most <williammost@gmail.com>
> **Sent:** Tuesday, January 19, 2021 3:56 PM
> **To:** Glazer, Phyllis <GlazerP@ag.louisiana.gov>
> **Cc:** Casey Denson <cdenson@caseydensonlaw.com>
> **Subject:** Hicks Meet and Confer re Discovery
>
> **CAUTION:** *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*
>
> Phyllis,
>
> Thank you for sending us the discovery responses in *Hicks v. DPS&C*. Two issues stand out to me on an initial review:
>
> - Your clients decline to respond to many discovery requests on the argument that "All claims regarding training and supervision have been dismissed and only the conduct of a single Defendant, Terry Lawson, is at issue." But the Court of Appeal did not dismiss claims against James LeBlanc. It granted him qualified immunity, which is a defense to a certain kind of relief - damages. Because Mr. Hicks also has claims for non-monetary relief, there are still live claims against Secretary LeBlanc and the DPS&C. Will you please provide the documents and information responsive to these requests?
>
> - In some RFPs, like RFPs 4 and 5 your clients decline to produce some documents, saying they "Defendants limit the request and produce the records relevant to the claims in this lawsuit and to the computations of the sentence at issue in this lawsuit." It is not clear how your clients are deciding what is relevant and what is not. Can you provide us with a privilege log for what was withheld, or describe what was withheld?
>
> Thank you,
>
> William
>
> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the

intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to [postmaster@ag.state.la.us](mailto:postmaster@ag.state.la.us).

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.