**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**


ELLIS RAY HICKS                                      CIVIL ACTION

VERSUS                                               19-108-SDD-RLB

DEPARTMENT OF PUBLIC SAFETY &
CORRECTIONS, ET AL.


### RULING

     This matter is before the Court on the *Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction*[1] by Defendants, State of Louisiana through the Louisiana Department of Public Safety and Corrections ("DOC"), James LeBlanc ("LeBlanc"), and Terry Lawson ("Lawson")(or, collectively, "Defendants").  In this motion, Defendants move to dismiss Plaintiff's claims for injunctive and declaratory relief.  In Plaintiff's initial *Opposition*, Plaintiff conceded the dismissal of his claims for injunctive relief but maintained his entitlement to declaratory relief.[2]  However, in Plaintiff's most recent *Opposition* to a subsequent motion filed by these Defendants, Plaintiff now voluntarily dismisses all claims for declaratory relief.[3]

---

[1] Rec. Doc. No. 22.
[2] Rec. Doc. No. 74.
[3] Rec. Doc. No. 85, filed in opposition to Defendants' *Motion to Dismiss Second Amended Complaint*, Rec. Doc. No. 84.
Document Number: 58636

Accordingly, Defendants' *Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction*[4] is GRANTED, and Plaintiff's claims for injunctive and declaratory relief are dismissed with prejudice.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on July 14, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[4] Rec. Doc. No. 22.
Document Number: 58636