UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ELLIS RAY HICKS                                   CIVIL ACTION

VERSUS                                            19-108-SDD-RLB

DEPARTMENT OF PUBLIC SAFETY &
CORRECTIONS, ET AL.

### AMENDED RULING[1]

This matter is before the Court on the *Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction*[2] by Defendants, State of Louisiana through the Louisiana Department of Public Safety and Corrections ("DOC"), James LeBlanc ("LeBlanc"), and Terry Lawson ("Lawson")(or, collectively, "Defendants"). In this motion, Defendants move to dismiss Plaintiff's claims for injunctive and declaratory relief. In Plaintiff's initial *Opposition*, Plaintiff conceded the dismissal of his claims for injunctive relief but maintained his entitlement to declaratory relief.[3] However, in Plaintiff's most recent *Opposition* to a subsequent motion filed by these Defendants, Plaintiff now voluntarily dismisses all claims for declaratory relief.[4]

---

[1] This *Ruling* is amended for the sole purpose of correcting a clerical error to terminate the proper motion.
[2] Rec. Doc. No. 69.
[3] Rec. Doc. No. 74.
[4] Rec. Doc. No. 85, filed in opposition to Defendants' *Motion to Dismiss Second Amended Complaint*, Rec. Doc. No. 84.

Accordingly, Defendants' *Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction*[5] is GRANTED, and Plaintiff's claims for injunctive and declaratory relief are dismissed with prejudice.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>July 20, 2021</u>.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[5] Rec. Doc. No. 69.