UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS RAY HICKS | CIVIL ACTION |
| VERSUS | 19-108-SDD-RLB |
| DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, *ET AL.* | |

**Consent Motion to File Supplement Regarding New Authority**

Comes now Plaintiff, by counsel, to seek leave to file a short (two page) supplement regarding a recent overdetention decision, *Frederick v. LeBlanc*, 18-cv-00682-SDD-RLB, R. Doc. 74 (M.D. La., Sept. 28, 2021), that is relevant to two arguments made by Defendants in their Motion to Dismiss.

Defendants have consented to the motion.

Wherefore, Plaintiff respectfully requests that the attached supplement be entered into the record.

Respectfully submitted,

        Ellis Ray Hicks, by and through his counsel,

        /s/ *William Most*
        Most & Associates
        William Most (La. Bar No. 36914)
        williammost@gmail.com
        201 St. Charles Ave., Ste. 114, # 101
        New Orleans, LA 70170
        T: (504) 509-5023

        Casey Rose Denson (La. Bar. No. 33363)
        3436 Magazine Street, Unit #7005
        New Orleans, LA 70115
        Telephone: (504) 224-0110
        Email: cdenson@caseydensonlaw.com