**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELLIS RAY HICKS | CIVIL ACTION |
| VERSUS | 19-108-SDD-RLB |
| DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, *ET AL.* | |

**Order on Consent Motion to File Supplement Regarding New Authority**

Having duly considered the *Consent Motion to File Supplement Regarding New Authority*, IT IS HEREBY ORDERED that the motion is GRANTED. The supplement and its exhibit shall be filed into the record.

Baton Rouge, Louisiana, this _____ day of _____, 2021.

_____
UNITED STATES JUDGE
MIDDLE DISTRICT OF LOUISIANA