# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ELLIS RAY HICKS**  **CIVIL ACTION**

**VERSUS**  **NO. 19-108-SDD-RLB**

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL.**

## ORDER

The scheduling conference presently set for **March 27, 2025** is **CANCELLED.**

**The deadlines established below are based on the parties' submissions as modified by the court and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **May 10, 2025.**[1]

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **Completed.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **October 24, 2025.**

    NOTE: Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

    **Plaintiff(s):**     November 7, 2025.

    **Defendant(s):**     December 5, 2025.

---

[1] Amendments sought after this deadline may be permitted in accordance with the good cause standard of Rule 16 of the Federal Rules of Civil Procedure.

        d.      Expert reports must be submitted to opposing parties as follows:

            **Plaintiff(s):**      **December 5, 2025.**

            **Defendant(s):**      **January 9, 2026.**

        e.      Discovery from experts must be completed by **February 6, 2026.**

3. Deadline to file dispositive motions and Daubert motions: **March 6, 2026.**

4. Deadline to file pre-trial order: **August 25, 2026.**[2]

    **Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.**

5. Deadline to file motions in limine: **August 31, 2026.**

    **Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.**

6. Deadline to file an affidavit of settlement efforts: **August 10, 2026.**

7. Pre-trial conference date: **September 8, 2026 at 3:00 p.m.** in the chambers of the Honorable Shelly D. Dick.

8. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **August 31, 2026.**

    **The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (https://www.lamd.uscourts.gov) under "Judges' Info."**

9. **A 3-day jury trial is scheduled for 9:00 a.m. beginning on September 21, 2026 in Courtroom 3.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P.

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (https://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3602 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on March 20, 2025.

    RICHARD L. BOURGEOIS, JR.
    UNITED STATES MAGISTRATE JUDGE