| | |
|---|---|
| **Subject:** | Hicks v. DPS&C: Depositions |
| **Attachments:** | 2021.08.27 First Rogs to DiBenedetto.pdf; 2021.08.27 First RFPs to DiBenedetto.pdf; 2021.08.27 First Rogs to Griffin.pdf; 2021.08.27 First RFPs to Griffin.pdf; 2021.08.27 First RFPs to Gryder.pdf; 2021.08.27 First Rogs to Gryder.pdf; 2021.08.27 First RFAs to Griffin.pdf; 2021.08.27 First RFAs to DiBenedetto.pdf; 2021.08.27 First RFAs to Gryder.pdf |

**From:** William Most <williammost@gmail.com>
**Sent:** Thursday, August 14, 2025 2:52 PM
**To:** Chelsea Payne <cpayne@keoghcox.com>
**Cc:** Reynolds LeBlanc <rleblanc@keoghcox.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>; Casey Denson <cdenson@caseydensonlaw.com>; Tiara Perrie <tperrie@caseydensonlaw.com>; William Most <williammost@gmail.com>; Caroline Gabriel <caroline.gabriel.ma@gmail.com>; Veronica Barnes <veronicasuzannebarnes@gmail.com>
**Subject:** Hicks v. DPS&C: Depositions

Chelsea,

As we prepare for the upcoming depos, a member of our team noted that some discovery requests to individuals were never answered by prior defense counsel. See attached.

The interrogatory and RFP responses are things we need prior to the depositions. (The RFAs do not need a response at this time; they were admitted by automatic operation of Fed. R. Civ. Proc. 36(a)(3). *See Gauthe v. Mercer*, Civil Action No. 15-26, 2015 WL 5320651, at * 2 (M.D. La. Sept. 11, 2015).)

Can we postpone the upcoming depositions, get new dates, and get discovery responses to these RFPs and interrogatories prior to the depos? The discovery cutoff is in late October so we still have some time.

Thank you!

William


--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023