
| | |
|---|---|
| **From:** | Chelsea Payne |
| **Sent:** | Friday, August 22, 2025 1:00 PM |
| **To:** | William Most |
| **Cc:** | Reynolds LeBlanc; Andrew Blanchfield; Casey Denson; Tiara Perrie; Caroline Gabriel; Veronica Barnes; Azure Risbrook |
| **Subject:** | RE: Hicks v. DPS&C: Depositions |
| **Attachments:** | Disc Resp (#1 RFA) - Gryder to Pltf.pdf; Disc Resp (#1 RFA) - Griffin to Pltf.pdf; Disc Resp (#1 RFA) - DiBenedetto to Pltf.pdf |

William-

In follow up to our phone call last week, Angela Griffin, Sally Gryder and Tracy DiBenedetto are available for their depositions on September 24, 25 and 26. Please let us know if those dates work.

We will have the interrogatory responses and RFP responses to you next week.

We attach responses to the RFAs. We understand your position that they were deemed admitted. We plan to file a motion with the court but wanted to provide these responses to you in the meantime.



**Chelsea Payne**
**Partner**
Keogh, Cox & Wilson, Ltd.
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
P  (225) 383-3796
F  (225) 343-9612
C  (225)241-5879
cpayne@keoghcox.com



WEBSITE | BLOG | BIO

Please note that this communication is meant solely for the person or group to whom it is addressed. It may contain legally privileged and/or confidential information. If you have received this email message in error, please notify me immediately by return email, refrain from forwarding it to any other person or organization, and delete the original.

**From:** William Most <williammost@gmail.com>
**Sent:** Thursday, August 14, 2025 2:52 PM
**To:** Chelsea Payne <cpayne@keoghcox.com>
**Cc:** Reynolds LeBlanc <rleblanc@keoghcox.com>; Andrew Blanchfield <ablanchfield@keoghcox.com>; Casey Denson <cdenson@caseydensonlaw.com>; Tiara Perrie <tperrie@caseydensonlaw.com>; William Most <williammost@gmail.com>; Caroline Gabriel <caroline.gabriel.ma@gmail.com>; Veronica Barnes <veronicasuzannebarnes@gmail.com>
**Subject:** Hicks v. DPS&C: Depositions

Chelsea,

As we prepare for the upcoming depos, a member of our team noted that some discovery requests to individuals were never answered by prior defense counsel. See attached.

The interrogatory and RFP responses are things we need prior to the depositions. (The RFAs do not need a response at this time; they were admitted by automatic operation of Fed. R. Civ. Proc. 36(a)(3). *See Gauthe v. Mercer*, Civil Action No. 15-26, 2015 WL 5320651, at * 2 (M.D. La. Sept. 11, 2015).)

Can we postpone the upcoming depositions, get new dates, and get discovery responses to these RFPs and interrogatories prior to the depos? The discovery cutoff is in late October so we still have some time.

Thank you!

William


--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023