**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ELLIS RAY HICKS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.:  3:19-cv-00108-SDD-RLB** |
| | * | |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL.** | * * * | **JUDGE SHELLY D. DICK** |
| | * | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO SUBSTITUTE PLEADINGS (R. DOC. 142, 142-1 AND 142-2) IN ORDER TO CORRECT DEFICIENCY**

NOW INTO COURT, through undersigned counsel, come Defendants, James Leblanc, Terry Lawson, Tracy DiBenedetto, Angela Griffin, and Sally Gryder, who respectfully request that R. Doc.142 *(Motion to Withdraw Admissions)*, R. Doc. 142-1 *(Memorandum in Support of Motion to Withdraw Admissions)*, and R. Doc. 142-2 *(Proposed Order)*, be substituted with the corrected documents attached to this motion in order to correct the deficiency in the paper size.  The content of these documents remains the same, and the exhibits to the motion (R. Doc. 142-3, 142-4, 142-5, 142-6, 142-7, and 142-8) likewise remain the same.

WHEREFORE, Defendants, James Leblanc, Terry Lawson, Tracy DiBenedetto, Angela Griffin, and Sally Gryder, pray that this motion be granted and that the attached pleadings be substituted for R.Doc. 142, 142-1 and 142-2.

*(Signature on Following Page)*

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By: s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
C. Reynolds LeBlanc (#33937)
rleblanc@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
*(Counsel for Defendants)*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 17th day of September, 2025.

    s/Andrew Blanchfield
ANDREW BLANCHFIELD