**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ELLIS RAY HICKS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.: 3:19-cv-00108-SDD-RLB** |
| | * | |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL.** | * | **JUDGE SHELLY D. DICK** |
| | * | |
| | * | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the Motion to Withdraw Admissions filed on behalf of Defendants, State of Louisiana, through the Louisiana Department of Public Safety and Corrections, James Leblanc, Terry Lawson, Tracy DiBenedetto, Sally Gryder, and Angela Griffin ("Defendants");

IT IS ORDERED that Defendants' Motion to Withdraw Admissions be and it is hereby GRANTED, and the admissions of Defendants are hereby withdrawn.

Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA