UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ELLIS RAY HICKS

VERSUS

LOUISIANA DEPARTMENT
OF PUBLIC SAFETY &
CORRECTIONS, ET AL.

CIVIL ACTION

3:19-cv-00108-SDD-RLB

**Notice of No Opposition to Motion to Substitute (R. Doc. 143)**

Plaintiff has no opposition to Defendants' Motion to Substitute Pleadings in Order to Correct Deficiency (R. Doc. 143). In that motion, Defendants seek to substitute filings that were inadvertently filed on the wrong sized paper.

Plaintiff does not oppose that Motion to Substitute. He does, however, oppose the underlying Motion to Withdraw Admissions and will be filing an opposition to that.

Respectfully submitted,

/s/ William Most
Caroline Gabriel, La. Bar No. 38224
William Most, La. Bar No. 36914
 Most & Associates
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, LA 70170
Tel: 985-441-9355
Caroline.gabriel.ma@gmail.com

Casey Rose Denson
Casey Denson Law LLC
8131 Oak Street, Suite 100
New Orleans, LA 70118
504-224-0110
Email: cdenson@caseydensonlaw.com