UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ELLIS RAY HICKS**

                                                  **CIVIL ACTION**

**VERSUS**

                                       **3:19-cv-00108-SDD-RLB**

**LOUISIANA DEPARTMENT
OF PUBLIC SAFETY &
CORRECTIONS, ET AL.**

*Ex Parte* **Motion to Substitute Motion for Plaintiff's Counsel to Withdraw as Counsel**

Now come Plaintiff's counsel to substitute their motion for leave of Court to withdraw as counsel of record for Plaintiff Ellis Ray Hicks.

The prior filing (R. Doc. 151) did not contain Attorney Caroline Gabriel's signature. Accordingly, Plaintiff's counsel proposes to substitute R. Doc. 151 with the attached proposed filing, which contains the signature of all counsel of record for Plaintiff Ellis Ray Hicks.

Wherefore, Plaintiff's counsel asks that the attached proposed filings be substituted for R. Doc. 151.

Respectfully submitted,

*/s/ William Most*

Caroline Gabriel, La. Bar No. 38224         Casey Rose Denson (La. Bar. No. 33363)
William Most, La. Bar No. 36914           8131 Oak Street
Most & Associates                        New Orleans, LA 70115
201 St. Charles Ave., Ste. 2500 #9685    Telephone: (504) 224-0110
New Orleans, LA 70170               Email: cdenson@caseydensonlaw.com
Tel: 985-441-9355
Caroline.gabriel.ma@gmail.com

**Certificate of Service**

I hereby certify that on October 16, 2025 this motion and the attached proposed order has been delivered to counsel for Defendants by ECF and has been sent to Plaintiff by U.S. Mail.

*/s/ William Most*
William Most

1