**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ELLIS RAY HICKS**

**CIVIL ACTION**

**VERSUS**

**3:19-cv-00108-SDD-RLB**

**LOUISIANA DEPARTMENT**
**OF PUBLIC SAFETY &**
**CORRECTIONS, ET AL.**

## ORDER

Considering the foregoing *Ex Parte Motion to Substitute Motion for Plaintiff's Counsel to Withdraw as Counsel* filed by Plaintiff's counsel, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is hereby GRANTED.  The proposed filing shall be substituted for R. Doc. 151.

Baton Rouge, Louisiana, this _____ day of _____,

2025.

_____

JUDGE

1