UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ELLIS RAY HICKS**

**VERSUS**

**LOUISIANA DEPARTMENT
OF PUBLIC SAFETY &
CORRECTIONS, ET AL.**

**CIVIL ACTION**

**3:19-cv-00108-SDD-RLB**

*Ex Parte* **Motion for Plaintiff's Counsel to Withdraw as Counsel**

Now come Plaintiff's counsel to request leave of Court to withdraw as counsel of record for Plaintiff Ellis Ray Hicks.

Local Rule 83(b)(13) requires that when lawyers seek to withdraws counsel and no new counsel is substituted and no counsel of record will remain to represent the client, "the motion to withdraw shall contain: 1) the present address of the client and the client's telephone number if the client can be reached by telephone and 2) a certification by counsel that the client has been notified of all deadlines and pending court appearances. The certificate of service accompanying the motion shall indicate that it was served on the client by certified mail or an affidavit shall be included stating why such service has not been made."

Here, on October 10, 2025, Plaintiff Ellis Ray Hicks terminated the representation of his counsel and expressed his intent to proceed *pro se*. Accordingly, Plaintiff's counsel seek leave to withdraw as counsel.

Mr. Hicks' present addresses are 352 Sterling Cir, Hot Springs, AR 71913 and P.O. Box 456, Hot Springs, AR 71902. His phone number is (501) 293-1798.

By their signature below, Plaintiffs counsel certify that Mr. Hicks has been notified of all deadlines and pending court appearances.

For these reasons, Plaintiff's counsel ask that this Court grant them leave to withdraw.

1

Respectfully submitted,

*/s/ William Most*
William Most, La. Bar No. 36914
Most & Associates
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, LA 70170
Tel: 985-441-9355
Caroline.gabriel.ma@gmail.com

*/s/ Caroline Gabriel*
Caroline Gabriel, La. Bar No. 38224
Most & Associates
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, LA 70170
Tel: 985-441-9355
Caroline.gabriel.ma@gmail.com

*/s/ Casey Denson*
Casey Rose Denson (La. Bar. No. 33363)
8131 Oak Street
New Orleans, LA 70115
Telephone: (504) 224-0110
Email: cdenson@caseydensonlaw.com

**Certificate of Service**

I hereby certify that on October 14, 2025 the *Ex Parte* Motion for Plaintiff's Counsel to Withdraw as Counsel and proposed order was sent to Plaintiff Ellis Ray Hicks by certified mail, and delivered to counsel for Defendants by ECF. On October 16, 2025, a copy of the substituted motion with Caroline Gabriel's signature was sent to Mr. Hicks by U.S. Mail.

*/s/ William Most*
William Most