UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ELLIS RAY HICKS**                                                                 **CIVIL ACTION**

**VERSUS**                                                                              **NO. 19-108-SDD-RLB**

**LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS, ET AL.**

## ORDER

This matter is before the Court on an Ex Parte Refiled Motion for Plaintiff's Counsel to Withdraw as Counsel filed by Plaintiff. (R. Doc. 153). Within the motion, counsel seeks to withdraw as plaintiff terminated their representation and indicated he intends to proceed pro se.

Accordingly,

**IT IS ORDERED** that the Ex Parte Refiled Motion for Plaintiff's Counsel to Withdraw as Counsel is **GRANTED**, and attorneys William Most, Casey Denson, Caroline Gabriel, David Lanser and Amanda Hass are withdrawn as counsel for Plaintiff Ellis Ray Hicks.

**IT IS FURTHER ORDERED** that the Clerk's Office shall update the docket sheet to reflect plaintiff's address as reflected in the instant motion.

**IT IS FURTHER ORDERED** that the Clerk's Office shall send a copy of this Order to Plaintiff Ellis Ray Hicks, by regular and certified mail, at 615 Park Ave., Apt. B., Hot Springs, AR 71901.

Signed in Baton Rouge, Louisiana, on October 29, 2025.

**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**

certified mail #    9589 0710 5270 1607 9425 61