Dear Federal Court.

Attorne. Most And Me have had A misunderstandin About my Case And Most has Quit being my lawer.

I need to have A lawer to help me thru this Case # 3:19-CV-00108-SDD-RLB

Hicks vs. Dept. of Public Safty Correct

My Address is: 615 Park Ave Apt B
Hot Springs, Ar. 71901

[signature]

RECEIVED
OCT 31 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Ellis Hicks
615 Park Ave Apt B
Hot Springs, AR 71901

LITTLE ROCK AR
28 OCT 2025

U.S. District Court
777 Florida St.
Suite 139
Baton Rouge, LA 70801



70801-171736