# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ELLIS RAY HICKS, JR.                    CIVIL ACTION

VS.                                     NO. 19-108-SDD-RLB

LOUISINA DEPT. OF PUBLIC SAFETY &
CORRECTIONS, ET AL.

---
## OMNIBUS MOTION
---

To the Honorable Court:

Now comes, Ellis Ray Hicks, Jr., the Plaintiff in the above numbered and entitled cause of action most humbly and sincerely Pray for the following relief based on the merits contained herein:

## I.
## ZOOM

The Plaintiff has had the assistance of a friend who downloaded zoom onto a computer with a camera built within that will be more than adequate for any needed or necessary meetings, depositions, or the alike type hearings wherein the Plaintiff would not be put at a hardship financially or otherwise due to logistics as the Plaintiff resides in Hot Springs, Ar. Which is seven (7) hours one way without any pit-stops and the Plaintiff does not own a vehicle. Please see the previously and recently submitted Informa Pauperis form.

With this app Zoom the Plaintiff and Defendant's, Defendants list of Legal Counselors, can utilize this forum as does the United States Federal Courts, State Courts, and other jurisdictions needing conferences, the logistical, time, and financial savings make in person conferences over long distances easy and travel for such is sheer obsolete and wasteful and for a recipient of the minimum social security check mission impossible.

## II.
## DISCOVERY

The upcoming deadline for discovery of non-expert by October 24th, 2025, should be rescheduled as the Plaintiff was not prepared for the non-expert discovery portion and is at a loss for the meaning of the process and what relevance it has upon the case. The Plaintiff finds these hurdles and deadlines for such past date should of fell upon the shoulders of Attorneys that litigated this case for the past six (6) years or so, and that such Legal Counselors be mandated to finalize all the Discovery for Plaintiff as it is beneficial to both Plaintiff and the Attorneys as they are going to be paid a large portion of any award that the Plaintiff may or may not receive.

If this Honorable Court would Order and Decree that such actions be done so by the Attorneys (Attorney at law William Most & Associates) this matter would be settled and should have been committed by Most &

Associates as well noted within the received Order from this Esteemed Court.

### III.
### CONTACT AND ACCESS TO PLAINTIFF

The Plaintiff phone number is 501-293-1798 and is willing to discuss all matters needed and necessary with whomever of the Defense side to be available for zoom depositions, conference calls, mailing address: 615 Park Avenue Apt. B, Hot Springs, Ar. 71901. I have waited for some sort of contact from the Defense Attorneys yet have received no contact from them.

Who is to be contacting me and when??? If we are past those deadlines as noted in the Order of October 25th, 2025, who is at fault for these lapses? Surely not the Plaintiff. Is the Plaintiff mandated to furnish some correspondence to the Defense Lawyers? To be thrown into the middle of this procedural quagmire without any proper knowledge of what is needed and necessary is confusing at the best to the Plaintiff.

### IV.
### ATTORNEY MOST & ASSOCIATES & THE DEFENSE

Attorney William Most & Associates are top notch, dream team Lawyers, who the Plaintiff has been ultimately blessed to have litigate this case for the period that such case has been appealed on every level by the Defense Attorney's, over half a decade has been wasted in paper wars, gathering new and discoverable/appealable issues, and at $350.00 an hour over the course of the years, multiple that times multiple Lawyers and paralegals, which has not been wise nor cost effective. The State rather appeal the

case almost to the Supreme Court and back making and billing God knows how much $ over the longwinded course; oral arguments multiple times, and this particular case is published and has made case law and has been in multiple newspapers and news agencies.

Only if a portion of this toil, energy, and monetary assets were to be put toward remedying the flaw of a simple fix or 2 on the antique system that time credits are computed and calculated, the issue would have been solved by now.

Let's say we were in Texas and the computation Officer were to refuse to correct the Court mandated time credits and accredit such toward the sentence, then that Officer will have a 'Violation of a Court Order' and be punished for not following the Courts Order, and subject to be in jail with the Patrion v. never having to answer for such lack of respect for a Judges Court Order. See, Louisiana is so corrupt they don't want to change nor any swamp draining, especially so being prosecuted for an outright crime. You see the Plaintiff had to serve time for a probation violation which was a Court Order violation, four (4) years. Yet, certain time credits were Court ordered to reflect upon the Plaintiffs' sentence due to technical issues regarding the probation violation.

To remedy these issues, mandate that the time credits, whether in consecutive order or in piecemeal, be emailed to the computation officer of that jurisdiction v. snail mail or truck mail envelopes as used .

If a computation officer in flat refuses to accredit or calculate certain time credits as authorized by the Court Order, then criminal charges (misdemeanor) should be sought within the Court for violation of a Court order. The Plaintiff violated a Court order and had to serve four (4) years and two (2) months, yet the computation Officers flat out recorded refusal merits not a day of incarceration nor criminal penalty. To which is typical in the Clayborne parish jurisdiction and throughout Louisiana. If immediate releases crop up and they will, a simple running of A.V.I.S. or

N.C.I.C. does not take a police Officer two or three days to determine if a citizen has any active warrant to be arrested on. Why does it take a computation Officer that many days to receive a determination? Because it's simple over detention rarely complained about due to multiple factors: 1) Fear of retaliation (such as what the Plaintiff suffered); 2) Over detention pays (the Sheriff gets a set amount of funds per how many inmates he houses daily); 3) The system is set up to over detain, it's equivalent of stealing just the change from a bunch of bank accounts that eventually add up to millions of dollars in revenue for said Sheriff who gets his pockets fat for illegal actions he is aware of, yet no one will step in to do a damn thing about it due to fear of retaliation and good old boy network; 4) Prisoners have no voice or remedies, filing and exhausting the A.R.P. (Administrative Remedy Procedures) is usually ignored, thrown in the trash (file 13), or called to a ranking Officers quarters to be threatened, shipped to God knows where, or plainly denied due to their inability to remedy at their level ; 5) Filing the next step after denial of the A.R.P. system goes to Baton Rouge (remember the Plaintiff was in a satellite camp in Claiborne Parish, Homer, Louisiana, one mile from the Arkansas border, the computation Officers are at Wade Correctional Center, five miles from the satellite camp that Plaintiff was incarcerated at); 6) To file this next step costs $150.00 that will be deducted off the inmate trust fund account, even if the inmate is correct the funds are not returned. Such a legal remedy takes approximately six (6) months. To proceed to this remedy, a certificate of the inmates trusts fund account for the past six (6) months must be produced by the housing facility. Good luck with that because the ranking Officials may think you are filing a lawsuit against the facility as such is needed and necessary for a 1983 civil rights complaint form, same inmate trust fund certification. They will stall,

prevent, and outright refuse to be the Official to produce such an instrument to an inmate for any type of legal remedies;

7) Exercising certain rights to be free of this cruel and unusual punishment is frowned upon by the administration of these facilities, and the Sheriff in Claiborne Parish had all the legal books in the law library thrown in the trash, and no law library exists within the Claiborne Parish Detention Center;

8) How Plaintiff was released from prison was by contacting Attorney at Law William Most, Plaintiff truly and sincerely Prays he reconsiders the removal of his services (and Associates). If it had not been for his intervention at the time, I would of more than likely served five (5) years on a four (4) year sentence. The Plaintiff has made a horrible mistake, yet mad at the system that has delayed and perverted Justic for a very long time, just to rob the coffers per long winded and unnecessary legal fees and Defense litigation arguing the same stupid s _ _t by the means of appeals of every dot and t, costing the tax payers more and more with nothing but an appetite for unneeded and unnecessary litigation that don't mean a hill of beans , but for their law firm a fat paycheck for many years, robbery and fraud, and constructively preventing Justice. IF A MAN WOULD CALCULATE THE LEGAL FEES OF THE DEFENSE LAWYERS AND THEIR STAFF AND PARALEGALS, OVER THE COURSE OF THIS CASE ALONE WOULD COME TO AT MULTIPLE ATTORNEYS ETC. MAKING $350 TO $500 AN HOUR, MILLIONS HAVE BEEN SQUANDERED.

9) That each computation Officer be given a calendar and a calculator;

## CONCLUSION & PRAYER

Wherefore, the humble and sincere Plaintiff, Prays for relief in multiple forms within this Omnibus Motion:

1) That Legal Counsel (an experienced Attorney to assist the Plaintiff with the procedures to remedy this cause of action as it has the merit to be successful in trial by Jury or Judge-math does not lie);
2) The Informa Pauperis proves that Plaintiff is too poor to hire Counsel of his own choice , nor the funding to run back and forth to Baton Rouge for frivolous issues;
3) Plaintiff needs a Decree and Order or Injunction or whatever to utilize zoom for any needed depositions or hearings, or meetings set forth by the Defense to not create an unnecessary hardship on Plaintiff, to get a 'tap out' due to financial shortfalls and unnecessary burdens ;
4) Also, that Defense Counsel contact Plaintiff at phone number # 501-293-1798, or at the address of 615 Park Ave., Apt. B, Hot Springs, Ar. 71901;
5) That the simple fixes that were suggested be forwarded to someone who can prevent and stop the Over –Detention that occurs to enrich certain Sheriff's and his cohorts, profiting off the misery of the voiceless;

Lastly, the Plaintiff has been burdened with the complexity of the Federal procedures and processes, please forgive any 'pro se' errors as they are unintentional and due to ignorance.
Thank you for your Honorable assistance and cooperation in this pending legal matter.

with much respect,
Ellis Ray Hicks, Jr.

SWORN                             DECLARATION

I, Ellis Ray Hicks, Jr., do hereby swear on this _____ day of _____, 2025, that each statement contained herein is true and correct, so help me GOD.

_____<br>Ellis Ray Hicks, Jr.

## CERTIFICATE OF SERVICE

I, Ellis Ray Hicks, Jr., do hereby certify that on this _____ day of _____2025, that I sent per U.S. mail, postage pre-paid, a true and correct copy of the herein attached and enclosed, to the Honorable Clerk's Office address in Baton Rouge, Louisiana.

_____<br>Ellis Ray Hicks, Jr.

## O R D E R

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS RAY HICKS, JR. | CIVIL ACTION |
| VS. | NO. 19-108-SDD-RLB |
| LOUISINA DEPT. OF PUBLIC SAFETY & CORRECTIONS, ET AL. | |

## OMNIBUS MOTION

## ORDER

++++++++++++++++++++++++++++++++++++++++++++++++++++++

AFTER BEING DULY CONSIDERED ON THIS _____ DAY OF _____ 202____, THIS HONORABLE COURT HEREBY ORDERS AND DECREES:

_____
_____
_____
_____
_____
_____
_____
_____
_____

THE HONORABLE MAGISTRATE RICHARD L. BOURGEOIS

Ellis Ray Hicks, Jr.
615 Park ave. Apt. B
Hot Springs, Ar. 71901



SCREENED
OK
U.S. MARSHAL

LEGAL Material

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712