Respectfully submitted,

*/s/ Ellis Ray Hicks Jr.*

Ellis Ray Hicks
Pro Se Plaintiff

# PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS RAY HICKS, )    Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:19-cv-00108-SDD-RLB |
| LOUISIANA DEPARTMENT OF PUBLIC ) SAFETY & CORRECTIONS, et al., )    Defendants. ) | |

PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Plaintiff Ellis Ray Hicks submits the following Statement of Undisputed Material Facts in support of his Motion for Summary Judgment on Damages:

1.
Defendants DiBenedetto and Gryder engaged in conduct that violated Plaintiff's federally protected rights. Liability has already been established or is otherwise undisputed for purposes of this motion.

# PLAINTIFF'S DAMAGES CALCULATION SHEET

**Case:** *Ellis Ray Hicks v. Louisiana Department of Public Safety & Corrections, et al.*
**Purpose:** Summary Judgment on Damages
**Plaintiff:** Ellis Ray Hicks

## 1. Compensatory Damages

| Category of Harm | Description | Amount |
| --- | --- | --- |
| **Emotional Distress / Mental Anguish** | Fear, humiliation, anxiety, psychological harm caused by Defendants' conduct | $ see subtotal |
| **Loss of Liberty** | Time unlawfully detained, restricted, or deprived of rights | $ see subtotal |
| **Physical Pain / Discomfort** | Any physical suffering or medical effects resulting from the incident | $ see subtotal |
| **Out-of-Pocket Costs** | Expenses directly caused by Defendants' actions (travel, phone, postage, medical, etc.) | $ see subtotal |
| **Other Actual Damages** | Any additional documented harm | $ see subtotal |

**Subtotal – Compensatory Damages: $ 800,000.00 altogether**

## 2. Punitive Damages

*(If applicable under federal law and based on Defendants' conduct)*

**Subtotal – Costs: $ Ask Attorney Most**

---

## ✅ TOTAL DAMAGES REQUESTED

**Total Compensatory Damages:** see total costs
**Total Punitive Damages:** $ see total costs
**Total Costs:** $ 800,000.00

## GRAND TOTAL: $ 800,000.00

---

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELLIS RAY HICKS,                    )
    Plaintiff,                     )
                                    )
v.                                  ) Civil Action No. 3:19-cv-00108-SDD-RLB
                                    )
LOUISIANA DEPARTMENT OF PUBLIC      )
SAFETY & CORRECTIONS, et al.,       )
    Defendants.                    )

MEMORANDUM IN SUPPORT OF PLAINTIFF'S

MOTION FOR SUMMARY JUDGMENT ON DAMAGES

Plaintiff, Ellis Ray Hicks, submits this Memorandum in Support of his Motion for Summary Judgment on Damages pursuant to Federal Rule of Civil Procedure 56.

I. STANDARD OF REVIEW

Summary judgment is appropriate where "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Once liability is established and no factual dispute remains as to the extent of damages, summary judgment on damages is proper.

II. LIABILITY HAS BEEN ESTABLISHED

Liability as to Defendants DiBenedetto and Gryder has already been determined or is otherwise undisputed for purposes of this motion. The only remaining issue is the amount of damages to be awarded to Plaintiff.

III. PLAINTIFF SUFFERED COMPENSABLE HARM

The undisputed facts demonstrate that Plaintiff suffered emotional distress, mental anguish, loss of liberty, and other compensable injuries as a direct result of Defendants' conduct. Plaintiff has submitted a sworn statement and supporting

documentation establishing the nature and extent of these damages.

IV. NO GENUINE DISPUTE OF MATERIAL FACT EXISTS

Defendants have not produced evidence creating a genuine dispute regarding the damages Plaintiff suffered. A reasonable factfinder could only conclude that Plaintiff is entitled to compensatory damages, and punitive damages where appropriate.

V. PLAINTIFF IS ENTITLED TO SUMMARY JUDGMENT ON DAMAGES

Because the evidence establishes Plaintiff's damages and no material factual dispute exists, summary judgment is warranted.

CONCLUSION

For these reasons, Plaintiff respectfully requests that the Court grant summary judgment in his favor on the issue of damages and award the amounts set forth in Plaintiff's Damages Calculation Sheet.

Respectfully submitted,

*/s/ Ellis Ray Hicks*
Ellis Ray Hicks