## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ELLIS RAY HICKS**
     Plaintiff

v.                                                          CIVIL ACTION
NO. 3:19-cv-00108-SDD-RLB

**LOUISIANA DEPARTMENT OF PUBLIC**
**SAFETY & CORRECTIONS, et al.**
     Defendants

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Plaintiff, **Ellis Ray Hicks**, respectfully submits this Memorandum in Support of his Motion for Default Judgment pursuant to **Federal Rule of Civil**

## I. LEGAL STANDARD

Federal Rule of Civil Procedure 55 establishes a two-step process for obtaining default judgment:

1. **Entry of default** by the Clerk under Rule 55(a), and
2. **Entry of default judgment** by the Court under Rule 55(b).

Once default is entered, the well-pleaded allegations of the complaint are deemed admitted. *Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975). The Court may then enter judgment and award damages supported by the record.

## II. PLAINTIFF'S ALLEGATIONS ARE DEEMED ADMITTED

Because Defendants have defaulted, the following allegations are accepted as true:

- Plaintiff was unlawfully over-detained by the Louisiana Department of Public Safety & Corrections;
- Defendants received repeated notice that Plaintiff's time computation was incorrect;
- Defendants failed to investigate or correct the errors;
- Plaintiff suffered constitutional violations, emotional distress, and loss

These admitted facts establish liability under 42 U.S.C. § 1983 and Louisiana state law.

## III. PLAINTIFF IS ENTITLED TO DAMAGES

Default judgment permits the Court to award damages supported by evidence. Plaintiff seeks:

- compensatory damages for unlawful over-detention,
- emotional distress damages,
- punitive damages where legally available,
- costs, and
- any additional relief the Court deems just.

Plaintiff's Declaration, filed concurrently, provides evidentiary support for damages.

## V. CONCLUSION

Defendants have failed to defend this action, and the well-pleaded allegations establish liability. Plaintiff respectfully requests that the Court enter **Default Judgment** against all Defendants and award appropriate damages.

Respectfully submitted,

**Ellis Ray Hicks**
Plaintiff, Pro Se