**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ELLIS RAY HICKS**                                        **CIVIL ACTION**

**VERSUS**                                                **NO.  19-108-SDD-RLB**

**LOUISIANA DEPARTMENT OF**
**PUBLIC SAFETY AND CORRECTIONS**

**ORDER**

A settlement conference was held on May 20, 2026.  After a period of negotiations, the

parties were unable to reach a resolution at this time; however, the parties will continue

negotiations themselves and will contact the Court again should a follow-up settlement

conference be desired.

Signed in Baton Rouge, Louisiana, on May 20, 2026.

_____

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Cv33: T:1:30