**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

ELLIS RAY HICKS

CIVIL ACTION

VERSUS

19-108-SDD-RLB

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS, ET AL.

**RULING**

The Court has carefully considered the *Motions,*[1] *record*, the law applicable to this action, and the *Report and Recommendation*[2] of United States Richard L. Bourgeois, Jr. dated July 28, 2026. In response to the *Report and Recommendation,* Plaintiff filed a *Respectful Motion for Reconsideration.*[3] The Court construes this *Motion*[4] as an objection to the *Report and Recommendation* and has conducted a de novo review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's *Petition for Judgment*[5] *and Plaintiff's Motion for Summary Judgment on Damages*[6] *are* ***DENIED.***

Signed in Baton Rouge, Louisiana, on this 25 day of August, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Rec. Docs. 164, 168 and 169.
[2] Rec. Doc. 215.
[3] Rec. Doc. 221.
[4] Rec. Doc. 221.
[5] Rec. Docs. 164, 169.
[6] Rec. Doc. 168.