**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ELLIS RAY HICKS** **CIVIL ACTION**

**VERSUS** **NO. 19-108-SDD-RLB**

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.**

**ORDER**

Before the Court are Plaintiff's Motion for Summary Judgment (R. Doc. 218); Plaintiff's Motion for Reconsideration (R. Doc. 221); Plaintiff's Motion for Leave of the Court to Submit Relevant Evidence as Exhibits (R. Doc. 222); and Plaintiff's Motion for Leave to File Evidence & Exhibits (R. Doc. 223).

The deadline to file dispositive motions expired on March 6, 2026. Defendant's Rule 56 Motion for Summary Judgment (R. Doc. 173) and Plaintiff's third Motion for Summary Judgment (R. Doc. 175) remain pending before the undersigned for the issuance of a Report and Recommendations.

On July 28, 2026, the undersigned recommended that the district judge deny three dispositive motions filed by Plaintiff: Plaintiff's Petition for Judgment (R. Docs. 164, 169) and Plaintiff's Motion for Summary Judgment on Damages (R. Doc. 168). (*See* R. Doc. 215).

On July 29, 2026, the undersigned issued an Order addressing 11 additional motions filed by Plaintiff after the dispositive motion deadline: Plaintiff's Motion to Consent Defendants' Assertions, Declaration of Damages, and Argument for Enhanced Monetary Award (R. Doc. 191); Plaintiff's Motion to Assert Evidence of, "Its Not Arkansas Fault for the Overdetention" and Motion for Leave to File Exhibit Conventionally (R. Docs. 194, 195); Plaintiff's Motion for a Concise Summary of the Claim (R. Doc. 197); Plaintiff's Motion to Clarify Deadlines and

Request Scheduling Notice (R. Doc. 198); Plaintiff's Motion for Summary Judgment, Motion to Strike, and for Sanctions Due to Obstruction of Justice and Fraud Upon the Court (R. Doc. 199); Plaintiff's Rule to Show Cause Why Defendants Should Not Be Held in Contempt and Why Sanctions Should Not Be Imposed (R. Doc. 200); Plaintiff's Motion for Expedited Status Conference (R. Doc. 201); Plaintiff's Motion to Adjudicate or Extinguish Attorneys Lien and Motion for Leave to File Exhibit Conventionally (R. Docs. 203, 204); and Plaintiff's Motion for Removal of Law Firm Keogh Cox and Its Associations (R. Doc. 206). (*See* R. Doc. 216).

In that Order, the undersigned informed Plaintiff that "[t]he Court may summarily deny or strike from the record any additional attempts to submit supplemental motions, briefing, or evidence with respect to the pending dispositive motions" and "that no further briefing shall be accepted with respect to Defendant's Rule 56 Motion for Summary Judgment (R. Doc. 173) or Plaintiff's third Motion for Summary Judgment (R. Doc 175)." (R. Doc. 216 at 13).

Notwithstanding the foregoing, Plaintiff then filed the instant motions, which are further attempts to file supplemental motions, briefing, or evidence with respect to the pending dispositive motions. Having reviewed these filings, the undersigned finds no basis for reconsideration or modification of the July 28, 2026 Report and Recommendations (R. Doc. 125) or the July 29, 2026 Order (R. Doc. 216). These motions are untimely, meritless, and in violation of the Court's directions that no further supplemental motions, briefing, or evidence would be allowed.

*Pro se* litigants have "no license to harass others, clog the judicial machinery with meritless litigation, and abuse already overloaded court dockets." *Farguson v. MBank Houston, N.A.*, 808 F.2d 358, 359 (5th Cir. 1986). Plaintiff's filings have already delayed this matter. (R. Doc. 229). The parties have timely filed motions pending consideration by the Court. (R. Docs.

173, 175). Resolution of those motions will allow for this matter to proceed. Continued vexatious filings will only serve to delay and may result in a appropriate sanctions.

Based on the foregoing,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (R. Doc. 218); Plaintiff's Motion for Reconsideration (R. Doc. 221); Plaintiff's Motion for Leave of the Court to Submit Relevant Evidence as Exhibits (R. Doc. 222); and Plaintiff's Motion for Leave to File Evidence & Exhibits (R. Doc. 223) are **DENIED**.

**IT IS FURTHER ORDERED** that any relief sought in Plaintiff's other recent filings (R. Docs. 219, 220, and 224), which are not designated as pending motions, is **DENIED**. These filings will not be considered with respect to the resolution of Defendant's Rule 56 Motion for Summary Judgment (R. Doc. 173) and Plaintiff's third Motion for Summary Judgment (R. Doc. 175).

**IT IS FURTHER ORDERED** that Plaintiff shall not to send any further *ex parte* direct correspondence to the undersigned's chambers. (*See* R. Doc. 224).

Signed in Baton Rouge, Louisiana, on August 26, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**