**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ELLIS RAY HICKS** **CIVIL ACTION**

**VERSUS** **NO. 19-108-SDD-RLB**

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.**

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Evidence and Exhibit. (R. Doc. 234).

As discussed in detail in the Court's previous orders, the instant Motion will be denied as frivolous and untimely. (*See* R. Docs. 216, 232). To the extent Plaintiff is seeking (once again) to conventionally file a recording of an alleged telephone conversion in which Defendant Terry Lawson informed Plaintiff's counsel that the sentencing judge did not have the power to calculate or award jail credit, the Court already allowed this to be conventionally filed and is in possession of this recording. (*See* R. Doc. 216 at 6; *see* R. Doc. 217).

No further exhibits shall be allowed filed into the record for the purposes of the adjudication of Defendant's Rule 56 Motion for Summary Judgment (R. Doc. 173) and Plaintiff's third Motion for Summary Judgment (R. Doc. 175).

It appears, however, that Plaintiff may have submitted this Motion intending it to comprise of his proposed inserts to the pre-trial order. (*See* R. Doc. 233). The district judge has continued the trial date and will reset the pre-trial conference, if necessary. (R. Doc. 229). Unless otherwise held by the district judge, the instant filing (R. Doc. 234) and its attachments shall be construed as Plaintiffs' proposed pre-trial order inserts.

Based on the foregoing,

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Evidence and Exhibit (R. Doc. 234) is **DENIED**. The exhibits will, however, be considered for purposes of the pretrial order and the Court and the defense are aware of the plaintiff's intention to offer these at trial.

Signed in Baton Rouge, Louisiana, on September 21, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**